IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| NATALIE OSWALT,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATON SERVICES, LLC,<br><br>        Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

Defendant Equifax Information Services LLC ("Equifax") hereby files this Notice of Removal of this action from the Jefferson County Circuit Court, Alabama, wherein it is now pending as Case No. 01-CV-2023-901431.00, to the United States District Court for the Northern District of Alabama.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Equifax shows this Court as follows:

**I.      BACKGROUND**

1.      This case was originally filed by Plaintiff Natalie Oswalt ("Plaintiff") in the Jefferson County Circuit Court, Alabama on or about April 30, 2023. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed are attached as Exhibit A. Upon information and belief, Plaintiff served a copy of the Summons and Complaint on Equifax on May 4, 2023. [Ex. A].

#101369027v1

## II. THIS NOTICE OF REMOVAL IS TIMELY FILED IN THE PROPER VENUE

2. This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of causes.

3. The removal of this action to this Court is timely under U.S.C. § 1446(b) because it is filed within thirty days of service of the Complaint on Equifax. *See* 28 U.S.C. § 1446(b)(2)(B).

4. The United States District Court for the Northern District of Alabama is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed and is pending.

## III. THIS COURT HAS FEDERAL QUESTION JURISDICTION

5. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331 (2010). This Court has original jurisdiction here pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges that "[t]his action arises out of repeated violations of the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq. [hereinafter "FCRA"]) by Equifax against." [Ex. A].

6. Therefore, removal to this Court is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by

the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a) (2010). A federal question appears on the face of Plaintiff's Complaint, and these claims "arise under" federal law.

7. Further, to the extent the Complaint alleges statutory, state common law, or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's claim under federal law and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C.§ 1367(a) (2010).

8. Thus, because the Plaintiff's claims arise under the laws of the United States, removal of this entire cause of action is appropriate under 28 U.S.C.§ 1441(a)-(c).

9. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Jefferson County Circuit Court, Alabama, as required by 28 U.S.C. § 1446(d).

10. In filing this Notice of Removal, Equifax does not waive, and specifically reserves, any and all objections as to service, personal jurisdiction, defenses, exception, rights, and motions.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 1st day of June, 2023.

*/s/ Joseph D. Steadman Jr.*
Joseph D. Steadman Jr.
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 439-7534

Email: jsteadman@joneswalker.com
*Attorney for Equifax Information Services*

#101369027v1

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this June 1, 2023, electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and have served the following parties via U.S. Mail:

John G. Watts, Esq.
M. Stan Herring, Esq.
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Plaintiff*


                                        */s/ Joseph Steadman, Jr.*
                                        Joseph Steadman, Jr

#101369027v1